UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DEBORAH LERMAN, Plaintiff, v. FEDERAL EMERGENCY MANAGEMENT AGENCY, et al., Defendants. | Civil Action No. 23-3784 (CKK) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of April 5, 2024, the parties—Plaintiff Deborah Lerman and Defendants Federal Emergency Management Agency ("FEMA") and Department of Health and Human Services ("HHS")—provide this Joint Status Report.[1]

1.      Plaintiff filed this Freedom of Information Act ("FOIA") suit on December 20, 2023.  Plaintiff seeks records related to the Government's response to the COVID-19 pandemic. ECF No. 1.  Specifically, Plaintiff seeks, "Any written plans created by the U.S. government after July 1, 2019 setting forth, directing, discussing or describing the U.S. government's response to the SARS-CoV-2 pandemic including, but not limited to, the following: (1) A document entitled "Phases of U.S. Government Response to the 2019 Novel Coronavirus (2019-nCo-V)," dated February 11, 2020, and which is referred to at page 10 of the "PanCAP Adapted U.S. Government COVID-19 Response Plan," (March 13, 2020); (2) The NSC Resilience DRG PCC issued on February 24, 2020, and referred to at page 7 of the "PanCAP Adapted U.S. Government COVID-

---

[1]      In Plaintiff's Amended Complaint filed on May 17, 2024, Plaintiff dropped Centers for Disease Control ("CDC") as a Defendant.  ECF No. 10.

19 Response Plan," (March 13, 2020); (3) The COVID-19 Containment and Mitigation Strategy developed Case 1:23-cv-03784 Document 1 Filed 12/20/23 Page 2 of 11 3 by the NSC and referred to on page 8 of the "PanCAP Adapted U.S. Government COVID-19 Response Plan," (March 13, 2020)."

2.      On February 21, 2024, Defendants answered the Complaint.  ECF No. 6.

3.      Prior to the litigation, FEMA referred 41 pages of potentially-responsive records to the CDC, who had equities in the records.  CDC withheld 9 pages pursuant to the deliberative process privilege of Exemption 5 and referred the remaining 32 pages to HHS.

4.      On January 31, 2024, HHS released the 32 pages in their entirety.

5.      Plaintiff timely appealed CDC's withholding of 9 pages. Neither CDC nor HHS responded to Plaintiff regarding Plaintiff's appeal prior to the filing of this civil action.  When Plaintiff filed her civil action, her administrative appeal was closed in order for the matter to be addressed through litigation.

6.      On April 4, 2024, Plaintiff requested that HHS either produce the 9 pages that were previously withheld or provide a *Vaughn* index justifying the withholdings. CDC agreed to provide Plaintiff a *Vaughn* index within 21 days from the date of the Joint Status Report of April 5, 2024. On April 16, 2024, CDC provided Plaintiff with the *Vaughn* index.

7.      On February 28, 2024, FEMA sent Plaintiff's FOIA request to its parent agency, the Department of Homeland Security ("DHS"), to send the request to the White House because the White House's National Security Council authored the three specific documents that Plaintiff requested.  DHS sent the referral to the White House, who acknowledged receipt on March 27, 2024.  FEMA also sent potentially-responsive records to the White House for consultation.  The White House has responded that the National Security Council is not subject to the FOIA, and

thus, will not search for responsive records.  *See Armstrong v. Exec. Off. of the President*, 90 F.3d 553, 565 (D.C. Cir. 1996).    FEMA is now sending the records sent to the White House for consultation to another government agency, who has equities in the records.

8.      The parties are unable to anticipate at this time whether summary judgment briefing will be required in this FOIA case.

9.      The parties request that they provide the next Joint Status Report to the Court on or before August 2, 2024.

Dated:  June 3, 2024
        Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:            */s/ M. Jared Littman*
    M. JARED LITTMAN
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2523
    Jared.Littman@usdoj.gov

*Attorneys for the United States of America*

*/s/ Gary M. Lawkowski*
Gary M. Lawkowski
D.D.C. Bar ID: VA125
DHILLON LAW GROUP, INC.
2121 Eisenhower Avenue, Suite 608
Alexandria, Virginia 22314
(703) 574-1654
GLawkowski@Dhillonlaw.com

*Counsel for the Plaintiff*