UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEBORAH LERMAN,

Plaintiff,

v.

FEDERAL EMERGENCY MANAGEMENT
AGENCY, et al.,

Defendants.

Civil Action No. 23-3784 (CKK)

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of June 4, 2024, the parties—Plaintiff Deborah Lerman and Defendants Federal Emergency Management Agency ("FEMA") and Department of Health and Human Services ("HHS")—provide this Joint Status Report.

1. Plaintiff filed this Freedom of Information Act ("FOIA") suit on December 20, 2023. Plaintiff seeks records from FEMA related to the Government's response to the COVID-19 pandemic. ECF No. 1. Specifically, Plaintiff seeks, "Any written plans created by the U.S. government after July 1, 2019 setting forth, directing, discussing or describing the U.S. government's response to the SARS-CoV-2 pandemic including, but not limited to, the following: (1) A document entitled "Phases of U.S. Government Response to the 2019 Novel Coronavirus (2019-nCo-V)," dated February 11, 2020, and which is referred to at page 10 of the "PanCAP Adapted U.S. Government COVID-19 Response Plan," (March 13, 2020); (2) The NSC Resilience DRG PCC issued on February 24, 2020, and referred to at page 7 of the "PanCAP Adapted U.S. Government COVID-19 Response Plan," (March 13, 2020); (3) The COVID-19 Containment and Mitigation Strategy developed Case 1:23-cv-03784 Document 1 Filed 12/20/23 Page 2 of 11 3 by

the NSC and referred to on page 8 of the "PanCAP Adapted U.S. Government COVID-19 Response Plan," (March 13, 2020)."

2. On February 21, 2024, Defendants answered the Complaint. ECF No. 6.

3. Prior to the litigation, FEMA referred 41 pages of potentially-responsive records to the Centers for Disease Control ("CDC"), who had equities in the records. CDC withheld 9 pages pursuant to the deliberative process privilege of Exemption 5 and referred the remaining 32 pages to HHS.

4. On January 31, 2024, HHS released the 32 pages in their entirety.

5. Plaintiff timely appealed CDC's withholding of 9 pages. Neither CDC nor HHS responded to Plaintiff regarding Plaintiff's appeal prior to the filing of this civil action. When Plaintiff filed her civil action, her administrative appeal was closed in order for the matter to be addressed through litigation.

6. On April 4, 2024, Plaintiff requested that CDC either produce the 9 pages that were previously withheld or provide a *Vaughn* index justifying the withholdings. CDC agreed to provide Plaintiff a *Vaughn* index within 21 days from the date of the Joint Status Report of April 5, 2024. On April 16, 2024, CDC provided Plaintiff with the *Vaughn* index. In Plaintiff's Amended Complaint filed on May 17, 2024, Plaintiff dropped CDC as a defendant. ECF No. 10.

7. On February 28, 2024, FEMA sent Plaintiff's FOIA request to its parent agency, the Department of Homeland Security ("DHS"), to send the request to the White House because the White House's National Security Council authored the three specific documents that Plaintiff requested. DHS sent the referral to the White House, who acknowledged receipt on March 27, 2024. FEMA also sent potentially-responsive records to the White House for consultation. The White House responded that the National Security Council is not subject to the FOIA, and thus,

- 3 -

will not search for responsive records. *See Armstrong v. Exec. Off. of the President*, 90 F.3d 553, 565 (D.C. Cir. 1996).

8.    As previously reported, FEMA was sending the records sent to the White House to another government agency for direct response to Plaintiff.  FEMA sent those records (17 pages) to HHS on June 7, 2024.  On August 1, 2024, HHS released the 17 pages in their entirety, HHS's second and final response.

9.    Processing of Plaintiff's FOIA request is complete.  The parties will confer about whether there are any remaining issues in dispute.

10.    The parties are unable to anticipate at this time whether summary judgment briefing will be required.

11.    The parties request that they provide the next Joint Status Report to the Court on or before October 1, 2024.

\*      \*      \*

Dated:  August 2, 2024
      Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:          */s/ M. Jared Littman*
    M. JARED LITTMAN
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2523
    Jared.Littman@usdoj.gov

*Attorneys for the United States of America*

    */s/ Gary M. Lawkowski*
    Gary M. Lawkowski
    D.D.C. Bar ID: VA125
    DHILLON LAW GROUP, INC.
    2121 Eisenhower Avenue, Suite 608
    Alexandria, Virginia 22314
    (703) 574-1654
    GLawkowski@Dhillonlaw.com

*Counsel for the Plaintiff*