UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEBORAH LERMAN,

Plaintiff,

v.

FEDERAL EMERGENCY MANAGEMENT
AGENCY, et al.,

Defendants.

Civil Action No. 23-3784 (AHA)

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of June 4, 2024, the parties—Plaintiff Deborah Lerman and Defendants Federal Emergency Management Agency ("FEMA") and Department of Health and Human Services ("HHS")—provide this Joint Status Report.

1. Plaintiff filed this Freedom of Information Act ("FOIA") suit on December 20, 2023. Plaintiff seeks records from FEMA related to the Government's response to the COVID-19 pandemic. ECF No. 1. Specifically, Plaintiff seeks, "Any written plans created by the U.S. government after July 1, 2019 setting forth, directing, discussing or describing the U.S. government's response to the SARS-CoV-2 pandemic including, but not limited to, the following: (1) A document entitled "Phases of U.S. Government Response to the 2019 Novel Coronavirus (2019-nCo-V)," dated February 11, 2020, and which is referred to at page 10 of the "PanCAP Adapted U.S. Government COVID-19 Response Plan," (March 13, 2020); (2) The NSC Resilience DRG PCC issued on February 24, 2020, and referred to at page 7 of the "PanCAP Adapted U.S. Government COVID-19 Response Plan," (March 13, 2020); (3) The COVID-19 Containment and Mitigation Strategy developed Case 1:23-cv-03784 Document 1 Filed 12/20/23 Page 2 of 11 3 by

the NSC and referred to on page 8 of the "PanCAP Adapted U.S. Government COVID-19 Response Plan," (March 13, 2020)."

2.      As reported in the Joint Status Report of August 2, 2024, numerous productions have been made.

3.      On September 4, 2024, Plaintiff inquired as to whether FEMA searched certain FEMA offices for responsive records.

4.      FEMA completed a supplemental search of its National Response Coordination Center and its Office of Response and Recovery, which located 310 pages of responsive records. On November 1, 2024, FEMA partially released 204 pages from the Office of Response and Recovery.  On November 27, 2024, FEMA fully release 102 pages from the Office of Emerging Threats and referred 4 pages to the Department of Health and Human Services, Administration for Strategic Preparedness and Response, for direct response to Plaintiff.

5.      FEMA is also searching its regional offices and will confer with Plaintiff about production after the results of those searches are complete.

6.      The parties are unable to anticipate at this time whether summary judgment briefing will be required.

7.      Per the Court's Minute Order of June 4, 2024, the parties will provide the next Joint Status Report to the Court on or before January 31, 2025.

## PLAINTIFF'S ADDITIONAL CONTENTIONS

8.      The following is a list of the productions and referrals that have been made as of this report:

A.  On January 31, 2024, HHS informed the Plaintiff that "CDC referred records to HHS for a review and direct response." For the final response, the HHS processed 32 pages and

released 32 pages in their entirety. None of these pages was responsive to the specific three documents listed in the original FOIA request.

These pages included:

    a. 23 slides in an HHS deck labeled V.2d 032100Mar 2020 FN: COVID_19 Containment to Mitigation V2c.ppt.  NOTE: Only two of the slides are dated: "as of February 19, 2020" There is no date on the rest of the slides.

    b. 9 slides in an HHS deck labeled V.1a 270630 Feb 2020 FN: COVID_19 Containment to Mitigation v_1a.ppt.

B. On August 1, 2023, HHS informed the Plaintiff the department processed 17 pages and released these pages in their entirety. These pages included:

    a. An HHS slide deck entitled COVID-19 (2019-nCoV): Containment & Mitigation Planning. Date: 12 FEB 2020

C. In the October 1, 2024 Joint Status Report, FEMA reported that it "conducted a supplemental search of its National Response Coordination Center and its Office of Response and Recovery" and that it "located about 500 pages of potentially-responsive records, many of which will be sent for consultation to other agencies that have equities in the records."

D. On November 1, FEMA Informed the Plaintiff that it was "conducting a third search in the Office of Response and Recovery (ORR) and Region 6. Two hundred and four pages were located. These pages are being partially released to you." These pages included: Eight reports from the New Mexico Bus Mobile Vaccination Unit Support Plan/Playbook, Dated December 22, 2021 (20 pages); January 3, 2022 (20 pages); January 14, 2022 (19 pages);

January 24, 2022 (20 pages); February 4, 2022 (23 pages); February 13, 2022 (22 pages); February 17, 2022 (22 pages); and March 5, 2022 (20 pages).

    a. One 8-page report from the New Mexico Bus Mobile Vaccination Unit Demobilization Plan, dated March 11, 2022.

    b. Forty pages remain outstanding from this release.

E. On November 27, FEMA informed the Plaintiff that "the Office of Emerging Threats (OTE) located 106 pages of records responsive to your request. We are fully releasing 102 pages to you. Four pages are being referred to the Department of Health and Human Services, Administration for Strategic Preparedness and Response (ASPR). ASPR will review the records and issue a direct response to you." While FEMA's response indicated that 102 pages would be produced, its production only included 98, including:

    a. 1-page HHS ASPR: Project ECHO COVID-19 Clinical Rounds, dated: July 19, 2020

    b. 4-page FEMA FACT SHEET: Coronavirus Pandemic Response: Guidance for Continued Use of Critical Care Decontamination Systems, dated June 2020

    c. 4-page HHS and FEMA FACT SHEET: Coronavirus (COVID-19) Pandemic: Personal Protective Equipment Preservation Best Practices, dated July 13, 2020

    d. 3-page FEMA COVID-19 PANDEMIC RESPONSE FACT SHEET: Using the Critical Care Decontamination System, dated April 28, 2020

    e. 44-page FEMA: Community Vaccination Centers Playbook, dated March 26, 2021 (Version 4.0)

    f. 38-page FEMA/ASPR Healthcare Facility Expansion Assistance Playbook, dated December 2021

g. 2-page Resource Prioritization Bulletin #5, VALID 4/20/20 – 4/23/20

h. 2-page Resource Prioritization Bulletin #6, VALID 4/24/20 – 4/27/20

Four pages remain outstanding from FEMA and 4 pages remain outstanding from ASPR in this release.

F. Of the approximately 500 pages referenced by FEMA in the October 1, 2024 Status report, 272 have been provided. Forty eight pages remain outstanding from the releases as of this December Status report, for a total of 320. The remaining approximately 180 pages have yet to be released to the Plaintiff. No pages from the National Response Coordination Center, mentioned as a source for the approximately 500 pages, have been provided. None of the pages released so far is responsive to the 3 documents specifically listed in the original FOIA request.

*    *    *

Dated:  December 2, 2024
        Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:            */s/ M. Jared Littman*
        M. JARED LITTMAN
        Assistant United States Attorney
        601 D Street, NW
        Washington, DC 20530
        (202) 252-2523
        Jared.Littman@usdoj.gov

*Attorneys for the United States of America*

        */s/ Gary M. Lawkowski*
        Gary M. Lawkowski
        D.D.C. Bar ID: VA125
        DHILLON LAW GROUP, INC.
        2121 Eisenhower Avenue, Suite 608
        Alexandria, Virginia 22314
        (703) 574-1654
        GLawkowski@Dhillonlaw.com

 *Counsel for the Plaintiff*

- 6 -