UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBORAH LERMAN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY, et al.,<br><br>　　　　　　Defendants. | Civil Action No. 23-3784 (AHA) |

**JOINT STATUS REPORT**

The parties—Plaintiff Deborah Lerman and Defendants Federal Emergency Management Agency ("FEMA") and Department of Health and Human Services ("HHS")—provide this Joint Status Report.

1. Plaintiff filed this Freedom of Information Act ("FOIA") suit on December 20, 2023. Plaintiff seeks records from FEMA related to the Government's response to the COVID-19 pandemic. ECF No. 1. Specifically, Plaintiff seeks, "Any written plans created by the U.S. government after July 1, 2019 setting forth, directing, discussing or describing the U.S. government's response to the SARS-CoV-2 pandemic including, but not limited to, the following: (1) A document entitled "Phases of U.S. Government Response to the 2019 Novel Coronavirus (2019-nCo-V)," dated February 11, 2020, and which is referred to at page 10 of the "PanCAP Adapted U.S. Government COVID-19 Response Plan," (March 13, 2020); (2) The NSC Resilience DRG PCC issued on February 24, 2020, and referred to at page 7 of the "PanCAP Adapted U.S. Government COVID-19 Response Plan," (March 13, 2020); (3) The COVID-19 Containment and Mitigation Strategy developed Case 1:23-cv-03784 Document 1 Filed 12/20/23 Page 2 of 11 3 by

the NSC and referred to on page 8 of the "PanCAP Adapted U.S. Government COVID-19 Response Plan," (March 13, 2020)."

2. As reported in the Joint Status Report of August 2, 2024, numerous productions have been made pursuant to Defendants' initial searches. ECF No. 13.

3. And as reported in the Joint Status Report of December 2, 2024, FEMA completed a supplemental search of its National Response Coordination Center and its Office of Response and Recovery, which located 310 pages of responsive records. On November 1, 2024, FEMA partially released 204 pages from the Office of Response and Recovery. On November 27, 2024, FEMA fully released 102 pages from the Office of Emerging Threats and referred 4 pages to the Department of Health and Human Services, Administration for Strategic Preparedness and Response, for direct response to Plaintiff.

4. FEMA also searched its ten regional offices. Regions 6, 8, and 10 had no responsive records. On December 16, 2024, FEMA released in part 539 pages from Region 7. On January 30, 2025, FEMA released in part 512 pages from Regions 5 and 7. Region 7's records have been fully processed.

5. Since the previous Joint Status Report of January 30, 2025, on February 20, 2025, FEMA released in part 546 pages from Region 5. On March 26, 2025, FEMA released in part 506 pages from Region 5. On April 30, 2025, FEMA released 585 pages from Region 5. On May 30, 2025, FEMA released 64 pages from Regions 1 and 2, and referred 24 pages from Region 1 to the Department of Health and Human Services. On June 26, 2025, FEMA released 219 pages from Region 3. On July 31, 2025, FEMA anticipates releasing 111 pages and one Excel spreadsheet from Region 9, and referring 36 pages to the Department of Health and Human Services. Region 4 didn't locate any records. The July 31, 2025 production will be the final production.

6. The parties are unable to anticipate at this time whether summary judgment briefing will be required.

7. The parties will provide the next Joint Status Report to the Court on or before October 30, 2025.

Dated: July 29, 2025
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By:    /s/ Thomas W. Duffey
THOMAS W. DUFFEY
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2510
Thomas.duffey@usdoj.gov

*Attorneys for the United States of America*

   /s/ Jacob Roth
JACOB ROTH
D.D.C. Bar ID: 1673038
DHILLON LAW GROUP, INC.
1601 Forum Place, Suite 403
West Palm Beach, FL 33401
(561) 227-4959
Jroth@dhillonlaw.com

*Counsel for the Plaintiff*