UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEBORAH LERMAN,

   Plaintiff,

  v.

FEDERAL EMERGENCY MANAGEMENT
AGENCY, et al.,

   Defendants.

Civil Action No. 23-3784 (AHA)

## JOINT STATUS REPORT

  The parties—Plaintiff Deborah Lerman and Defendants Federal Emergency Management Agency ("FEMA") and Department of Health and Human Services ("HHS")—provide this Joint Status Report pursuant to the Court's September 5, 2025 Minute Order and Chief Judge Boasberg's Standing Order No. 25-59, dated November 13, 2025.

  Defendants have concluded production, and Plaintiff is satisfied with the production.  The only remaining issue is a discussion of the attorney's fees.  The parties propose that they provide the next Joint Status Report to the Court on or before January 23, 2026 as to whether further proceedings will be necessary.

Dated: November 24, 2025
   Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By:   */s/ Thomas W. Duffey*
   THOMAS W. DUFFEY
   Assistant United States Attorney
   601 D Street, NW
   Washington, DC 20530
   (202) 252-2510
   Thomas.duffey@usdoj.gov

*Attorneys for the United States of America*

/s/ Jacob Roth
JACOB ROTH
D.D.C. Bar ID: 1673038
DHILLON LAW GROUP, INC.
1601 Forum Place, Suite 403
West Palm Beach, FL 33401
(561) 227-4959
Jroth@dhillonlaw.com

*Counsel for the Plaintiff*